AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | | |
|---|---|---|
| J & N PUBLISHING LLC d/b/a JUAN & NELSON PUBLISHING | ) ) ) ) ) ) ) ) ) ) ) ) | |
| *Plaintiff(s)* | | |
| v. | | Civil Action No.  6:24-cv-00456-GAP-DCI |
| LATIN TOUCH PRODUCTIONS, INC. and JOHANNA MARTINEZ | | |
| *Defendant(s)* | | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  LATIN TOUCH PRODUCTIONS, INC.

C/O
JOHANNA MARTINEZ
13526 VILLAGE PARK DRIVE, SUITE 226
ORLANDO, FL 32837

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Frederick Page
Bishop Page & Mills
510 N Julia Street, Jacksonville, FL 32202
904-598-0034

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  March 5, 2024

*Autumn Sandoval*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | | |
|---|---|---|
| J & N PUBLISHING LLC d/b/a JUAN & NELSON PUBLISHING | ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No.  6:24-cv-00456-GAP-DCI |
| v. | ) ) | |
| LATIN TOUCH PRODUCTIONS, INC. and JOHANNA MARTINEZ | ) ) ) ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  JOHANNA MARTINEZ
13526 VILLAGE PARK DRIVE, SUITE 226
ORLANDO, FL 32837

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Frederick Page
Bishop Page & Mills
510 N Julia Street, Jacksonville, FL 32202
904-598-0034

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  March 5, 2024

*Autumn Sandoval*

*Signature of Clerk or Deputy Clerk*